UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :

CRISOSTIMO RAMIREZ MENDEZ, et al.,  :

                     Plaintiffs,  :         13 Civ. 433 (KBF)

              -v-            :

                                     :          ORDER

WONJO GLORIA CORP., et al.,         :

                                     :

                   Defendants.  :

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

On November 6, 2013, the parties informed the Court that they reached a settlement in principal. In light of that representation, it is hereby ORDERED that:

1. The parties shall, not later than **December 6, 2013**, submit any materials in support of the fairness their settlement, including at least:

    a. An executed copy of the proposed settlement; and

    b. A breakdown of what portion of that settlement will go toward attorneys fees and the basis for those fees.

2. All other dates and deadlines are adjourned.

    SO ORDERED.

Dated:     New York, New York
           November 7, 2013

                                  KATHERINE B. FORREST
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 07 2013