UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRISOSTIMO RAMIREZ MENDEZ, et al.,

              Plaintiffs,         13 Civ. 433 (KBF)

        -v-

                                      ORDER

WONJO GLORIA CORP., et al.,

              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/13

KATHERINE B. FORREST, District Judge:

      On November 6, 2013, the parties informed the Court that they had reached a proposed settlement in the above-referenced matter. (ECF No. 35.) On November 7, 2013, the Court Ordered the parties to provide materials in support of the fairness of the proposed settlement; on December 13, 2013, the Court received the parties' submission. (ECF Nos. 36, 39.)

      Plaintiffs have failed to provide certain information necessary for the Court to make a determination as to the reasonableness of plaintiffs' attorneys' fees request. See Allende v. Unitech Design, Inc., 783 F. Supp. 2d 509, 512 (S.D.N.Y. 2011) (explaining that the prevailing party "bear[s] the burden of documenting the hours reasonably spent by counsel, and the reasonableness of the hourly rates claimed") (citation omitted).

      Accordingly, the Court hereby ORDERS plaintiffs to provide the Court with contemporaneous billing records which capture the work completed by each attorney, the nature of that work, the date on which that work was done, and the number of hours expended. See New York State Ass'n for

<u>Retarded Children, Inc. v. Carey</u>, 711 F.2d 1136, 1148 (2d Cir. 1983). Plaintiffs are FURTHER ORDERED to provide information about each attorney's background and experience.  <u>See, e.g.</u>, <u>Allende</u>, 783 F. Supp. 2d at 514 (assessing the reasonableness of the requested fees based upon, among other things, the period of time each attorney had been practicing).

      The parties shall submit the requested information within **two weeks** of the date of this Order.

SO ORDERED.

Dated:    New York, New York
           December 27, 2013

_____
    KATHERINE B. FORREST
    United States District Judge